Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Kutak Rock LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jeffrey.gerardo@kutakrock.com
Email: steven.dailey@kutakrock.com

Attorneys for Defendant
WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. [erroneously sued and served as WELLS FARGO HOME MORTGAGE, INC.]

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINA CHO, an Individual<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a California Corporation; and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No. 2:09-cv-04724 DDP<br><br>Assigned for all purposes to:<br>Honorable Dean D. Pregerson,<br>Ctrm.: 3 - 2nd Floor<br><br>Referred to:<br>Magistrate Judge Alicia G. Rosenberg<br><br>**JUDGMENT**<br><br>Complaint Filed: June 30, 2009 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Motion of Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. ("Wells Fargo") for Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) was granted by the Honorable Dean D. Pregerson on November 2, 2009 as to the first, second and third cause of action contained within the subject Complaint, as more fully reflected in the Court's November 2, 2009 Order. Specifically, the Court ordered that:

4822-7577-6773.1
14617-197

- 1 -

Kutak Rock LLP
Attorneys At Law
Irvine

JUDGMENT

1. The first cause of action is dismissed with prejudice.

2. The second cause of action is dismissed.

3. The third cause of action is dismissed.

IT IS HEREBY ORDERED

That a judgment of dismissal be entered in favor of Defendant WELLS FARGO and against Plaintiff JUSTINA CHO.

IT IS SO ORDERED.

Dated: November 17, 2009

_____
HONORABLE DEAN D. PREGERSON

4822-7577-6773.1
14617-197

- 2 -

JUDGMENT

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE